JS-6

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Nancy Ortiz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| NANCY ORTIZ,<br><br>         Plaintiff,<br><br>     vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>         Defendant. | Case No.: EDCV 20-306-GW-KKx<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 2, 2020

*/s/ George H. Wu*
_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE